IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA LESTER, | No. C 11-4669 CW |
| Plaintiff, | ORDER STAYING CASE SUA SPONTE, VACATING CASE MANAGEMENT CONFERENCE AND DENYING DEFENDANT'S MOTION TO STAY CASE AS MOOT (Docket No. 14) |
| v. | |
| AMERICAN MEDICAL SYSTEMS, INC., | |
| Defendant. | |
| _____/ | |

On December 8, 2011, Defendant American Medical Systems, Inc. represented to the Court that it has filed a motion to transfer this case with the Panel on Multi-District Litigation (Docket No. 11).

The Court STAYS this matter sua sponte pending resolution of the motion to transfer before the Panel on Multi-District Litigation or further order of the Court. The case management conference set for January 11, 2012 at 2:00 p.m. is VACATED.

Defendant's motion to stay, filed on December 20, 2011, is DENIED as moot (Docket No. 14).

IT IS SO ORDERED.


Dated: 12/22/2011

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California