IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VEDA LESTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 11-4669 CW<br><br>ORDER STAYING CASE SUA SPONTE, VACATING CASE MANAGEMENT CONFERENCE AND DENYING DEFENDANT'S MOTION TO STAY CASE AS MOOT<br>(Docket No. 14) |

　　　On December 8, 2011, Defendant American Medical Systems, Inc. represented to the Court that it has filed a motion to transfer this case with the Panel on Multi-District Litigation (Docket No. 11).

　　　The Court STAYS this matter sua sponte pending resolution of the motion to transfer before the Panel on Multi-District Litigation or further order of the Court.  The case management conference set for January 11, 2012 at 2:00 p.m. is VACATED.

　　　Defendant's motion to stay, filed on December 20, 2011, is DENIED as moot (Docket No. 14).

　　　IT IS SO ORDERED.

Dated: 12/22/2011

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge